No. 1497. **Renneker** *v.* **Warren.** November Term, 1883.
This was an application to re-instate on the docket an appeal

which had been dismissed by this court. But as no notice of intention to appeal had been given to respondent or his attorney, within ten days after the rising of the court, as imperatively required by statute, (*Code*, §§ 348, 349,) the court has no power to remedy this omission. Motion refused PER CURIAM, January 16th, 1884.